IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BRANDON KELLEY, *et al.*, <br><br> **Plaintiffs**, <br><br> v. <br><br> MACHINE LEARNING INTEGRATION LLC., *et al.*, <br><br> **Defendants.** | **Civil No.** 22-1022 (FAB) |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

After a complete review and thorough analysis of the report and recommendation (Docket No. 61), the objections to it (Docket Nos. 62 and 63), and all motions and other filings in the case, the Court **ADOPTS** the magistrate judge's report and recommendation in its totality.

Accordingly, defendants' motion to dismiss (Docket No. 33) is **GRANTED in part and DENIED in part,** as follows:

a. The request to dismiss for failure to comply with Rule 23.1 is **DENIED**;

b. The request to dismiss the Mammoth claims is **DENIED**;

c. The request to dismiss the RICO claims is **DENIED**;

d. The request to dismiss the state law claims is **GRANTED**;

Civil No. 22-1022 (FAB)                                                    2

      e.    The request to transfer to the Western District of Oklahoma is **DENIED**.

      **No later than October 14, 2022,** the parties will inform the Court whether they consent to have Magistrate Judge Vélez-Rivé preside over this case, to include the entry of judgment. Failure to do so will be considered implicit consent.

      **IT IS SO ORDERED.**

      San Juan, Puerto Rico, September 30, 2022.

                                      s/ Francisco A. Besosa
                                      FRANCISCO A. BESOSA
                                      SENIOR UNITED STATES DISTRICT JUDGE